IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC WINSTON**                                                                                        **PLAINTIFF**

**v.**                     **CASE NO. 4:19-CV-00170-BSM**

**JOE PITTS**                                                                                           **DEFENDANT**

## **ORDER**

Plaintiff Eric Winston's mail has been returned as undeliverable [Doc. Nos. 37, 38, and 40], and he has not filed notice of his current mailing address as directed. Doc. No. 39. Accordingly, his case is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of December, 2022.

                                                                                 _____
                                                                        UNITED STATES DISTRICT JUDGE